## CONSENTIMIENTO PARA DEMANDAR

Estoy actualmente o anteriormente empleado por Cardinal Health Inc. y fui empleado por Kinray Inc. Y también por entidades y personas relacionadas. Doy mi consentimiento para ser un demandante en una acción para colectar salarios pendientes. Estoy de acuerdo que estoy obligado por los términos del contrato de servicios profesionales firmada por los demandantes nombrados en este caso.

MARIA E. LOZANO
Nombre

*Maria E. Lozano*
Firma

09-05-2013
Fecha

### Información del cliente