

## CONSENTIMIENTO PARA DEMANDAR

Estoy actualmente o anteriormente empleado por Cardinal Health Inc. y fui empleado por Kinray Inc. Y también por entidades y personas relacionadas. Doy mi consentimiento para ser un demandante en una acción para colectar salarios pendientes. Estoy de acuerdo que estoy obligado por los términos del contrato de servicios profesionales firmada por los demandantes nombrados en este caso.

__A min SANCHEZ__
Nombre

__[signature]__
Firma

__09-06-13__
Fecha