UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

FREDDY FERNANDEZ, LUIS VELASQUEZ, and GIOVANNY GONZALEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

KINRAY, INC., CARDINAL HEALTH, INC., STEWART RAHR, Individually and as Chief Executive Officer of Kinray, Inc., HOWARD HIRSCH, Individually and as Chief Financial Officer of Kinray, Inc., and WILLIAM BODINGER, Individually and as Senior Vice President and General Manager of Kinray a Cardinal Health Company,

Defendants.

------------------------------------------------------------------x

Case No.: CV 13-4938

Ross, J.
Gold, M.J.

## STIPULATION OF DISMISSAL AND TO AMEND THE CAPTION

It is hereby STIPULATED AND AGREED, by and between Plaintiffs FREDDY FERNANDEZ, LUIS VELASQUEZ, and GIOVANNY GONZALEZ, individually and on behalf of others similarly situated, and the current opt-in Plaintiffs in this lawsuit (collectively "Plaintiffs") and Defendants, KINRAY, INC., CARDINAL HEALTH, INC., STEWART RAHR, HOWARD HIRSCH and WILLIAM BODINGER, through their undersigned attorneys, who are authorized to enter into this Stipulation of Dismissal ("Stipulation"), that all Counts of Plaintiffs' Complaint are dismissed against Individual Defendants HOWARD HIRSCH, STEWART RAHR and WILLIAM BODINGER pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dismissal is without prejudice. Any future amendment regarding the Individual Defendants shall only be made with leave of the Court.

It further is stipulated and agreed that Defendants HOWARD HIRSCH, STEWART RAHR and WILLIAM BODINGER, upon reasonable notice, shall voluntarily make themselves available for deposition to Plaintiffs without the need for a non-party subpoena, and that Defendant STEWART RAHR shall produce to Plaintiffs any non-privileged documents in his possession which are responsive to Plaintiffs' already-propounded written discovery requests and not duplicative to documents under Kinray/Cardinal's custody and control, if any such documents exist.

It further is stipulated and agreed that in the event of an adverse judgment against Kinray, Inc., Cardinal Health, Inc. agrees to provide a full remedy and satisfy any adverse monetary finding against Kinray, Inc.

It is further stipulated and agreed that the caption in this matter is amended to remove Individual Defendants Rahr, Hirsch and Bodinger.

JOSEPH & KIRSCHENBAUM LLP
*ATTORNEYS FOR PLAINTIFFS*
233 Broadway, 5th Floor
New York, New York 10279
(212) 688-5640

By: _____
DOUGLAS WEINER, ESQ.
MATTHEW KADUSHIN, ESQ.

Dated: January 28, 2014

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
*KINRAY, INC., CARDINAL HEALTH, INC.,*
*HOWARD HIRSH and WILLIAM BODINGER*
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

By: _____
FELICE B. EKELMAN, ESQ.
NOEL P. TRIPP, ESQ.

Dated: January 28, 2014

PROSKAUER ROSE LLP
*ATTORNEYS FOR DEFENDANT*
*STEWART RAHR*
Eleven Times Square
New York, New York 10036
(212) 969-3000

By: _____
JOSEPH BAUMGARTEN, ESQ.
HARRIS M. MUFSON, ESQ.

Dated: January 28, 2014

SO ORDERED on this _____ day of January, 2014

_____
U.S.D.J.

4816-8618-7031, v. 3