UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY FERNANDEZ, LUIS VELASQUEZ, and GIOVANNY GONZALEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>KINRAY, INC, CARDINAL HEALTH, INC, STEWART RAHR, Individually and as Chief Executive Officer of Kinray, Inc., HOWARD HIRSCH, Individually and as Chief Financial Officer of Kinray, Inc., WILLIAM BODINGER, Individually and as Senior Vice President and General Manager of Kinray a Cardinal Health Company, and KERRY CLARK, Individually and as Chief Executive Officer of Cardinal Health, Inc.,<br><br>Defendants. | CIVIL ACTION<br><br>13-cv-4938 (ARR) (SMG) |

## DECLARATION OF DOUGLAS WEINER

I, Douglas Weiner, under penalty of perjury, affirm as follows:

1. My name is Douglas Weiner, and I am Senior Counsel with Joseph & Kirschenbaum LLP ("JK"), Plaintiffs' and Opt-in Plaintiff's counsel in the above-captioned matter. I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' complaint.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' proposed First Amended Complaint showing changes.

4. Attached hereto as Exhibit C is a true and correct clean copy of Plaintiffs' proposed First Amended Complaint.

Dated:  July 7, 2014
         New York, NY                                              /s/ Douglas Weiner
                                                                    Douglas Weiner

1