## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **May 4, 2018** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 13-4938 (LDH)** |
| **NAME OF CASE(S):** | **Fernandez et al v. Kinray, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Kirschenbaum and Nussbaum** |
| **FOR DEFENDANT(S):** | **Grassotti, Tripp and Ekelman** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **11:04-11:21** |

**TELEPHONE CONFERENCE RULINGS:**

**The parties will consider the various options for proceeding with settlement or mediation discussed today and submit a letter by May 9, 2018 indicating how they seek to proceed.**