## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **May 20, 2019** |
| **TIME:** | **11:30 a.m.** |
| **DOCKET NUMBER(S):** | **CV 13-4938 (LDH)** |
| **NAME OF CASE(S):** | **Fernandez et al v. Kinray, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Kirschenbaum and Nussbaum** |
| **FOR DEFENDANT(S):** | **Tripp** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**THE COURT WILL HOLD A SETTLEMENT CONFERENCE AT 3:00 PM ON JUNE 19, 2019 unless an application to move the conference to 3:00 pm on June 20, 2019 i s made by the close of business today.**

**Defendants will provide plaintiffs with a draft agreement no later than June 7.**

**THE PARTIES SHALL SUBMIT THE DRAFT AGREEMENT AND LETTERS IDENTIFYING THE POINTS IN DISPUTE BY JUNE 14, 2019.**

**The parties may make ex parte submissions as well.**

**These submissions shall be sent to the Court by email addressed to gold_chambers@nyed.uscourts.gov (note that there is an underlined space between gold and chambers).**

**Counsel shall bring one or more electronic devices to the settlement conference with the draft agreement stored on it in a form that is able to be edited.**

**Counsel shall also arrange for any persons required to make decisions on the points in dispute to be present or available by telephone throughout the conference.**