# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

EMAIL ADDRESS: EKELMANF@JACKSONLEWIS.COM
DIRECT DIAL: (212) 545-4005

May 29, 2019

**VIA ECF**

Hon. Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Freddy Fernandez, et al. v. Kinray, Inc. et al.*
                Civil Action No.: 13-CV-4938

Dear Judge DeArcy Hall:

      As counsel for Defendants in the above-referenced action, we write together with Plaintiffs' counsel to request adjournment *sine die* of the deadline to submit a pre-trial order in the above matter. As the Court is aware, the parties have reached an agreement in principle to resolve this matter (Dkt. 402) and have scheduled a process for negotiating all additional terms under the supervision of Magistrate Gold, including a settlement conference scheduled for June 19, 2019 (Dkt. 403). We thank the Court for its continued attention to this matter.

                                  Respectfully submitted,

                                  JACKSON LEWIS P.C.

                                  _____/s/_____
                                  Felice B. Ekelman

FBE:dc
cc:     All counsel of record (*via ECF*)

4825-1865-2568, v. 2